UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CASILLA-DIAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>D. ALLRED, et al.,<br><br>  Defendants. | No. 2:24-cv-00160-DB<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

On January 17, 2024, documents were mailed to plaintiff for service. (ECF No. 2.) The documents were returned to the court on February 1, 2024 as undeliverable. Sixty-Seven days have passed since the mail was returned and plaintiff has not submitted an updated address. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

////

1

1     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 15, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16

DB/Prisoner Inbox/Civil Rights/casil160.fta.nca fixed

2