1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PEDRO CASILLA-DIAZ,                          No.  2:24-cv-00160-TLN-DB

12                 Plaintiff,

13          v.                                    **ORDER**

14   D. ALLRED, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 16, 2024, the magistrate judge filed findings and recommendations herein which

21   were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 3.)  The time to

23   file objections has passed, and Plaintiff did not file any objections.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ///

                                               1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations, filed on April 16, 2024 (ECF No. 3), are

3            ADOPTED IN FULL; and

4        2.  This action is DISMISSED without prejudice; and

5        3.  The Clerk of Court is directed to close this case.

6    Date: May 21, 2024

7

8

9    _____
     Troy L. Nunley
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2